

# Transcript of **Michelle Murray**

Friday, August 6, 2021

*Deborah Shaw v. Social Security Administration*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 105959

```
 1              UNITED STATES OF AMERICA

 2            MERIT SYSTEMS PROTECTION BOARD

 3             NORTHEASTERN REGIONAL OFFICE

 4          DOCKET NUMBER PH-1221-21-0091-W-1

 5     _____

 6  DEBORAH SHAW,

 7              Appellant,

 8     vs

 9  SOCIAL SECURITY ADMINISTRATION,

10              Agency.

11     _____

12                  -   -   -   -   -

13        VIRTUAL DEPOSITION OF MICHELLE MURRAY

14                  August 6, 2021

15  The virtual deposition of MICHELLE MURRAY was

16  convened on Friday, August 6, 2021, commencing at

17  1:06 p.m., before Paula G. Satkin, Registered

18  Professional Reporter and Notary Public.

19  Job No. 105959

20                  -   -   -   -   -

21

22
```

```
 1                A P P E A R A N C E S

 2

 3    ON BEHALF OF THE APPELLANT:

 4         MICHAEL J. KATOR, ATTORNEY AT LAW

 5         DANIEL CLARK, ATTORNEY AT LAW

 6         KATOR PARKS WEISER & HARRIS, PLLC

 7         1200 18th St., NW, Suite 1000

 8         Washington, DC 20036

 9         202.898.4800

10         mkator@katorparks.com

11         dclark@katorparks.com

12

13    ON BEHALF OF THE AGENCY:

14         ███████████████, ATTORNEY AT LAW

15         ███████████████, ATTORNEY AT LAW

16         OFFICE OF THE GENERAL COUNSEL

17         SOCIAL SECURITY ADMINISTRATION

18         ████████████████████

19         ████████████████████

20

21

22
```

```
 1   confidential, private, sensitive information, we

 2   would object on the Privacy Act.  Subject to those.

 3              THE WITNESS:  His name is Steven Ball.

 4   BY MR. KATOR:

 5       Q.   Okay.  And are you currently serving as a

 6   Whistleblower Protection Coordinator at OIG?

 7       A.   I am the whistleblower for Social Security

 8   Administration employees.  I am the coordinator.

 9   Would it be a problem, matter if you were implicated

10   in a whistleblower retaliation case?

11              MS. ███████:  Object to form.  Assumes

12   facts.  Vague and ambiguous.

13              Ms. Murray, subject to that objection you

14   may respond.

15              THE WITNESS:  I don't know how I could

16   answer that question.

17   BY MR. KATOR:

18       Q.   Do you supervise employees, now?

19       A.   Yes.  I do.

20       Q.   Who do you supervise?

21       A.   I supervise the staff that is in the

22   Office to the Counselor of the Inspector General.
```

```
 1                  CERTIFICATE OF NOTARY PUBLIC

 2         I, Paula G. Satkin, the officer before whom the

 3    foregoing proceedings were taken, do hereby certify

 4    that the witness whose testimony appears in the

 5    foregoing proceeding was duly sworn by me; that the

 6    testimony of said witness was taken by me in

 7    stenotype and thereafter reduced to typewriting under

 8    my direction; that said proceedings is a true record

 9    of the testimony given by said witness; that I am

10    neither counsel for, related to, nor employed by any

11    of the parties to the action in which these

12    proceedings were taken; and, further, that I am not a

13    relative or employee of any attorney or counsel

14    employed by the parties hereto, nor financially or

15    otherwise interested in the outcome of the action.

16    My commission expires July 14, 2026.

17
                    _Paula D. Satkin_____
18
                           PAULA G. SATKIN
19                   Notary Public in and for the
                          District of Columbia
20

21

22
```